In the Matter of MICHAEL E. KINNEY.

LOUIS H. PINK, as Superintendent of Insurance of the State of New York, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Argued November 13, 1939; decided November 28, 1939.

*Alfred C. Bennett* and *Benjamin Potoker* for appellant.

*John J. Bennett, Jr., Attorney-General* (*W. Gerard Ryan, Henry Epstein* and *Francis R. Curran* of counsel), for respondent.

Order affirmed, with costs. First question certified answered in the negative. Second question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.